# TAB A

Case 3:08-cv-01865-G   Document 1-4   Filed 10/17/08   Page 1 of 2   PageID 9

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JOSEPHINE C. PARSONS, | § | |
| Plaintiff, | § § § | |
| v. | § § | CIVIL ACTION NO. _____ |
| CAPITAL ONE, | § § | (Dallas County District Court Cause No. 08-11664) |
| Defendant. | § § § | |

## INDEX OF MATTERS BEING FILED

A. Index of Matters Being Filed

B. State Court Docket Sheet

C. Documents Filed in State Court

D. Plaintiff's Original Petition filed September 4, 2008

E. Certificate of Service filed October 9, 2008

F. Defendant Capital One's Original Answer filed October 14, 2008