# TAB B

Logout Search Menu New District Civil Search Back        Location : All District Civil Courts   Help

# REGISTER OF ACTIONS
## CASE NO. DC-08-11664

| | | |
|---|---|---|
| JOSEPHINE PARSONS vs. CAPITAL ONE | § § § § § | Case Type: **DEBT/CONTRACT**<br>Subtype: **DEBT**<br>Date Filed: **09/04/2008**<br>Location: **191st District Court** |

---

### PARTY INFORMATION

| | |
|---|---|
| **DEFENDANT** CAPITAL ONE | **Lead Attorneys**<br>HABERER, MILES B<br>*Retained* |
| **PLAINTIFF**   PARSONS, JOSEPHINE COBO | MANCHEE, JAMES J<br>*Retained* |

---

### EVENTS & ORDERS OF THE COURT

**OTHER EVENTS AND HEARINGS**

| | |
|---|---|
| 09/04/2008 | ORIGINAL PETITION (OCA) |
| 09/04/2008 | ISSUE CITATION |
| 09/15/2008 | CITATION |
|  | CAPITAL ONE    unserved |
| 10/09/2008 | RETURN OF SERVICE |
| 10/14/2008 | ORIGINAL ANSWER - GENERAL DENIAL |

---

### FINANCIAL INFORMATION

**PLAINTIFF** PARSONS, JOSEPHINE COBO
Total Financial Assessment                                                                 230.00
Total Payments and Credits                                                                 230.00
**Balance Due as of 10/17/2008**                                                            **0.00**

| | | | | |
|---|---|---|---|---|
| 09/11/2008 | Transaction Assessment | | | 222.00 |
| 09/04/2008 | Transaction Assessment | | | 8.00 |
| 09/11/2008 | PAYMENT (CASE FEES) | Receipt # 57024-2008-DCLK | MANCHEE & MANCHEE L L P | (230.00) |

## JUDGE'S DOCKET,

Action: _____   Filing: _____   No. _____

### PARTIES | ATTORNEYS

**DC-08-11664**
Filed: 09/04/2008

| DEBT/CONTRACT | 191st District Court |
|---|---|

JOSEPHINE PARSONS vs. CAPITAL ONE

| Plaintiff | Lead Attorney |
|---|---|
| PARSONS, JOSEPHI | MANCHEE, JAMES J |

| Defendant | Lead Attorney |
|---|---|
| CAPITAL ONE | |

Miles B. Haberer
#00793872
214-979-3000 (PH #)
"    886-0011 (FAX)

| JURY DEMAND DATE | DATE GIVEN | TO | SETTINGS | DATE SET | TIME | DATE GIVEN | TO | SETTINGS | DATE SET | TIME |
|---|---|---|---|---|---|---|---|---|---|---|
| FEE PAID BY / VOL. / PAGE | | | | | | | | | | |

### REPORTED HEARING

| DATE | WIT. | EX. | RPTR |
|---|---|---|---|
| | | | |

**DISPOSITION**
- To fed court ☐
- To another county ☐
- D.W.P. ☐
- Nonsuit ☐
- Default ☐
- Agreed Jgt ☐
- Summary Jgt ☐
- Ex parte Jgt ☐
- Nonjury trial ☐
- Jgt on verdict ☐
- Dir verd or NOV ☐
- Other disposition ☐

**JURY ACTIVITY**
- Voir dire _____
- Jury sworn _____
- Ev to jury _____
- Mistrial _____
- Hung jury _____
- Dir verd _____