# TAB D



# The State of Texas
## Secretary of State



2009-156285-1

I, the undersigned, as Secretary of State of Texas DO HEREBY CERTIFY that according to the records of this office, a copy of the Citation and Plaintiff's Original Petition in the cause styled:

> Jospehine Cobo Parsons VS Capital One
> 191st Judicial District Court Of Dallas County, Texas
> Cause No: DC0811664J

was received by this office on September 19, 2008, and that a copy was forwarded on September 23, 2008, by CERTIFIED MAIL, return receipt requested to:

> Capital One
> President Herb Boydstun
> 313 Carondelet St
> New Orleans, LA 70130-3109

The RETURN RECEIPT was received in this office dated September 25, 2008, bearing the Signature Of Addressee's Agent.

Date issued: September 29, 2008

Hope Andrade
Secretary of State

ST/lsv